FRANK R. UBHAUS, CA STATE BAR NO. 46085
CHRISTIAN E. PICONE, CA STATE BAR NO. 218275
BERLINER COHEN
TEN ALMADEN BOULEVARD
ELEVENTH FLOOR
SAN JOSE, CALIFORNIA 95113-2233
TELEPHONE: (408) 286-5800
FACSIMILE: (408) 998-5388
frank.ubhaus@berliner.com
christian.picone@berliner.com

ATTORNEYS FOR DEFENDANTS RICHARD M. MUNOZ, AS EXECUTOR OF THE WILL OF ROGAN MAL COOMBS, DECEASED, AND RICHARD M. MUNOZ, AS AN INDIVIDUAL

# UNITED STATES DISTRICT COURT

## DISTRICT OF CALIFORNIA

| | |
|---|---|
| MALCOLM COOMBS, JUDITH COOMBS JONES, and BARTON COOMBS,<br><br>Plaintiffs,<br><br>v.<br><br>RICHARD M. MUNOZ, as executor of the will of Rogan Mal Coombs, decesased, and RICHARD M. MUNOZ, as an individual,<br><br>Defendants. | CASE NO. CV-09-0192 ~~EMC~~ JSW<br><br>STIPULATION AND [~~PROPOSED~~] ORDER EXTENDING DEADLINE TO RESPOND TO PLAINTIFFS' COMPLAINT |

WHEREAS, on January 15, 2009, plaintiffs Malcolm Coombs, Judith Coombs Jones, and Barton Coombs filed a complaint for (1) breach of oral contract, (2) breach of implied in fact contract, (3) intentional interference with contractual relations, and (4) breach of fiduciary duty ("Complaint");

WHEREAS, on February 9, 2009, plaintiffs effected service of process upon defendant Richard M. Munoz, both as executor of the will of Rogan Mal Coombs, deceased and as an individual;

WHEREAS, counsel for plaintiffs and defendant have met and conferred to discuss the possibility of mediating this matter and related matters filed in the Superior Court of California;

NOW, THEREFORE, subject to the Court's approval, plaintiffs and defendant hereby STIPULATE AND AGREE that:

1. Defendant who may otherwise be required to file any responsive pleading or motion pursuant to Federal Rule of Civil Procedure 12(b) on or before March 2, 2009, shall be granted an extension to file any such responsive pleading or motion until the earlier of either (1) 30 days after the conclusion of mediation discussions or (2) June 30, 2009.

2. Nothing in this stipulation shall constitute a waiver or otherwise prejudice any of the parties' substantive or procedural rights or defenses.

DATED:  MARCH 2, 2009						BERLINER COHEN

									BY:  /S/ CHRISTIAN E. PICONE
										FRANK R. UBHAUS
										CHRISTIAN E. PICONE
										ATTORNEYS FOR DEFENDANTS RICHARD M. MUNOZ, AS EXECUTOR OF THE WILL OF ROGAN MAL COOMBS, DECEASED, AND RICHARD M. MUNOZ, AS AN INDIVIDUAL

DATED:  MARCH 2, 2009

									BY:  /S/ WILLIAM A. WINEBERG
										WILLIAM A. WINEBERG
										ATTORNEYS FOR PLAINTIFFS MALCOLM COOMBS, JUDITH COOMBS JONES AND BARTON COOMBS

///
///
///
///
///
///
///
///
///

CASE NO.  CV-09-0192 EMC

-2-

STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE TO RESPOND TO COMPLAINT

\HMUNOZ\786362.1
022609-17894001

1           [PROPOSED] ORDER

2      Pursuant to the stipulation of the parties and for good cause, it is hereby ordered that:

3      1.   Defendant who may otherwise be required to file any responsive pleading or motion pursuant to Federal Rule of Civil Procedure 12(b) on or before March 2, 2009, shall be granted an extension to file any such responsive pleading or motion until the earlier of either (1) 30 days after the conclusion of mediation discussions or (2) June 30, 2009.

7      2.   Nothing in this stipulation shall constitute a waiver or otherwise prejudice any of the parties' substantive or procedural rights or defenses.

9  DATED: March 6, 2009

                                BY:  *Jeffrey S White*
                                     HONORABLE EDWARD M. CHEN

CASE NO. CV-09-0192 EMC                          -3-
\HMUNOZ\786362.1
022609-17894001          STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE TO RESPOND TO COMPLAINT