FRANK R. UBHAUS, CA STATE BAR NO. 46085
CHRISTIAN E. PICONE, CA STATE BAR NO. 218275
BERLINER COHEN
TEN ALMADEN BOULEVARD
ELEVENTH FLOOR
SAN JOSE, CALIFORNIA 95113-2233
TELEPHONE: (408) 286-5800
FACSIMILE: (408) 998-5388
frank.ubhaus@berliner.com
christian.picone@berliner.com

ATTORNEYS FOR DEFENDANTS RICHARD M. MUNOZ, AS EXECUTOR OF THE WILL OF ROGAN MAL COOMBS, DECEASED, AND RICHARD M. MUNOZ, AS AN INDIVIDUAL

# UNITED STATES DISTRICT COURT

# DISTRICT OF CALIFORNIA

| | |
|---|---|
| MALCOLM COOMBS, JUDITH COOMBS JONES, and BARTON COOMBS,<br><br>Plaintiffs,<br><br>v.<br><br>RICHARD M. MUNOZ, as executor of the will of Rogan Mal Coombs, deceased, and RICHARD M. MUNOZ, as an individual,<br><br>Defendants. | CASE NO. 3:09-CV-00192-JSW<br><br>STIPULATION AND [PROPOSED] ORDER TO RESCHEDULE THE DATE OF THE CASE MANAGEMENT CONFERENCE. |

WHEREAS, counsel for plaintiffs and defendant have met and conferred to discuss mediating this matter and related matters filed in the Superior Court of California. The parties have agreed to conduct mediation to in an attempt to resolve their disputes.

WHEREAS, counsel for plaintiffs and defendant are in the process of choosing a mediator and scheduling mediation.

WHEREAS, the parties will not complete mediation before the Case Management Conference currently set April 24, 2009.

///

///

///

CASE NO. 3:09-CV-00192-JSW

-1-

STIPULATION AND ORDER TO RESCHEDULE THE DATE OF THE CASE MANAGEMENT CONFERENCE

\CEP\790210.1
041409-17894001

1    NOW, THEREFORE, subject to the Court's approval, plaintiffs and defendant hereby
2    STIPULATE AND AGREE that the court shall reschedule the Case Management Conference
3    (currently set for April 24, 2009) to June 12, 2009 at 1:30 p.m.

4    DATED: APRIL 14, 2009        BERLINER COHEN

6                                  BY:  /S/ CHRISTIAN E. PICONE
                                        FRANK R. UBHAUS
7                                       CHRISTIAN E. PICONE
                                        ATTORNEYS FOR DEFENDANTS RICHARD M.
8                                       MUNOZ, AS EXECUTOR OF THE WILL OF ROGAN
                                        MAL COOMBS, DECEASED, AND RICHARD M.
9                                       MUNOZ, AS AN INDIVIDUAL

10   DATED: APRIL 14, 2009

12                                 BY:  /S/ WILLIAM A. WINEBERG
                                        WILLIAM A. WINEBERG
13                                      ATTORNEYS FOR PLAINTIFFS MALCOLM
                                        COOMBS, JUDITH COOMBS JONES AND BARTON
14                                      COOMBS

16                          [~~PROPOSED~~] ORDER

17   Pursuant to the stipulation of the parties and for good cause, it is hereby ordered that:

18   1.   The Case Management Conference set April 24, 2009 is rescheduled to June 12,
19   2009 at 1:30 p.m.

20   2.   The parties shall file a Case Management Conference Statement ~~at least five court~~
21   ~~days prior to the Case Management Conference.~~ on or before June 5, 2009.

22   IT IS SO ORDERED.

23   DATED: APRIL 15, 2009

25                                 BY:  /s/ Jeffrey S. White
26                                      HONORABLE JEFFREY S. WHITE
                                        UNITED STATES DISTRICT COURT JUDGE

CASE NO. 3:09-CV-00192-JSW           -2-
STIPULATION AND ORDER TO RESCHEDULE THE DATE OF THE CASE MANAGEMENT CONFERENCE

\CEP\790210.1
041409-17894001