1  WILLIAM A. WINEBERG (SBN 54827)
   BILL@WINEBERGLAW.COM
2  SUZANNE KLOTZ (SBN 104593)
   S_KLOTZ@COMCAST.NET
3  150 POST STREET, SUITE 742
   SAN FRANCISCO, CA 94108
4  TELEPHONE: (415) 434-1200
   FACSIMILE: (415) 296-8552
5
   BRYCE L. LETTERMAN (SBN 152801)
6  BRYCE@LETTERMANLAW.COM
   4425 JAMBOREE ROAD #115
7  NEWPORT BEACH, CA 92660
   TELEPHONE: (949) 261-9500
8  FACSIMILE: (949) 612-3802

9  ATTORNEYS FOR PLAINTIFFS,
   MALCOLM COOMBS, JUDITH COOMBS JONES AND
10 BARTON COOMBS

11
                    UNITED STATES DISTRICT COURT
12
                    NORTHERN DISTRICT OF CALIFORNIA
13

| | |
|---|---|
| 14  MALCOLM COOMBS, JUDITH COOMBS JONES, and BARTON COOMBS, | Case No. 3:09-CV-00192-JSW |
| 15          Plaintiffs, | STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE |
| 16      v. | |
| 17  RICHARD M. MUNOZ, as executor of the will of Rogan Mal Coombs, deceased, and RICHARD M. MUNOZ, as an individual, | |
| 18 | |
| 19          Defendants. | |

        On May 19, 2009 and May 20, 2009, this action went to mediation at JAMS in San Francisco and the parties reached a comprehensive agreement resolving all of their pending disputes. Since the settlement is complex, encompassing three cases – this action, an action in state court, and a wage claim before the Labor Commissioner – and involves the transfer of real property, the settlement will require thirty days to complete. Therefore, subject to the Court's approval, plaintiffs and defendants

1  hereby stipulate and agree that the Court shall continue the case management conference currently set

2  for June 12, 2009 at 1:30 p.m. for thirty (30) days.

| | |
|---|---|
| Dated:  May 27, 2009 | WILLIAM A. WINEBERG<br>150 POST STREET, SUITE 742<br>SAN FRANCISCO, CA  94108<br>TELEPHONE:  (415) 434-1200<br>FACSIMILE:    (415) 296-8552<br>bill@wineberglaw.com |
| | By: /s/ William A. Wineberg_____<br>     William A. Wineberg |
| | Attorneys for Plaintiffs Malcolm Coombs, Judith Coombs Jones and Barton Coombs |
| Dated:  May 27, 2009 | FRANK R. UBHAUS<br>CHRISTIAN E. PICONE<br>BERLINER COHEN<br>TEN ALMADEN BOULEVARD<br>ELEVENTH FLOOR<br>SAN JOSE, CA  95113-2233<br>frank.ubhaus@berliner.com<br>christian.picone@berliner.com |
| | By: /s/ Frank R. Ubhaus_____<br>     Frank R. Ubhaus |
| | Attorneys for Defendants Richard M. Munoz, as executor of the will of Rogan Mal Coombs, deceased, and Richard M. Munoz, as an individual |
| Dated:  May 27, 2009 | I hereby attest that concurrence in the filing of the document has been obtained from each of the other signatories, which shall serve in lieu of their signatures on the document. |
| | By: /s/ William A. Wineberg_____<br>     William A. Wineberg |
| | Attorneys for Plaintiffs Malcolm Coombs, Judith Coombs Jones and Barton Coombs |

Case No. 3:09-CV-00192-JSW
STIPULATION AND ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE

2

1  [~~PROPOSED~~ ORDER]

2  Pursuant to the stipulation of the parties and for good cause, it is hereby ordered that the Case

3  Management Conference currently set for June 12, 2009 is continued ~~for thirty (30) days~~.
to July 17, 2009 at 1:30 p.m. A case management conference statement is due on July 10, 2009.

4  ~~IT IS SO ORDERED.~~

5  Dated: ~~May ___, 2009~~         By: _____
        June 1, 2009                    Honorable Jeffrey S. White
                                        United States District Court Judge

Case No. 3:09-CV-00192-JSW
STIPULATION AND ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE

3