1

2

3

4

5

6          IN THE UNITED STATES DISTRICT COURT

7

8          FOR THE NORTHERN DISTRICT OF CALIFORNIA

9    MALCOLM COOMBS, et al.,

10          Plaintiffs,                          No. 09-00192 JSW

11    v.                                         **ORDER CONTINUING CASE**
                                                 **MANAGEMENT CONFERENCE**
12    RICHARD M. MUNOZ, et al.,

13          Defendants.

14
      _____/
15

16          The Court has received and considered the parties' Joint Case Management Statement.

17    It is HEREBY ORDERED that the case management conference is continued to August 28,

18    2008 at 1:30 p.m.  The parties shall file a further joint case management conference statement

19    on August 21, 2009.  If the settlement breaks down in the interim, the parties shall immediately

20    notify the Court via a status report.

21          **IT IS SO ORDERED.**

22    Dated: July 13, 2009

23                                               JEFFREY S. WHITE
                                                 UNITED STATES DISTRICT JUDGE
24

25

26

27

28