IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MALCOLM COOMBS, et al.,

    Plaintiffs,

  v.

RICHARD M. MUNOZ, et al.,

    Defendants.
_____/

No. 09-00192 JSW

**ORDER VACATING CASE MANAGEMENT CONFERENCE**

The Court has received and considered the parties' Second Joint Case Management Statement. It is HEREBY ORDERED that, with respect to the motions contemplated by the parties, *e.g.,* a motion to amend, a motion to enforce the settlement agreement, or a motion to dismiss the Complaint, any such motions shall be filed by no later than September 4, 2009, and shall be noticed in accordance with the Local Rules for an open date on this Court's calendar. The Court shall set a further case management conference after these threshold matters have been resolved.

**IT IS SO ORDERED.**

Dated: August 24, 2009

                                          JEFFREY S. WHITE
                                          UNITED STATES DISTRICT JUDGE