1 | WILLIAM A. WINEBERG (SBN 54827)
BILL@WINEBERGLAW.COM
2 | SUZANNE KLOTZ (SBN 104593)
S_KLOTZ@COMCAST.NET
3 | 150 POST STREET, SUITE 742
SAN FRANCISCO, CA 94108
4 | TELEPHONE: (415) 434-1200
FACSIMILE: (415) 296-8552

6 | BRYCE L. LETTERMAN (SBN 152801)
BRYCE@LETTERMANLAW.COM
   4425 JAMBOREE ROAD #115
7 | NEWPORT BEACH, CA 92660
   TELEPHONE: (949) 261-9500
8 | FACSIMILE: (949) 612-3802

9 | ATTORNEYS FOR PLAINTIFFS,
   MALCOLM COOMBS, JUDITH COOMBS JONES AND
10 | BARTON COOMBS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MALCOLM COOMBS, JUDITH COOMBS JONES, and BARTON COOMBS,<br><br>Plaintiffs,<br><br>v.<br><br>RICHARD M. MUNOZ, as executor of the will of Rogan Mal Coombs, deceased, and RICHARD M. MUNOZ, as an individual,<br><br>Defendants. | Case No. 3:09-CV-00192-JSW<br><br>[~~PROPOSED~~] ORDER GRANTING STIPULATED REQUEST FOR ORDER CONTINUING HEARING ON PENDING MOTIONS<br><br>Honorable Jeffrey S. White |

Pursuant to the parties' Stipulated Request for Order Continuing Hearing on Pending Motions and for good cause, it is hereby ordered that the hearing on the defendants' Motion to Enforce Settlement Agreement; or, in the Alternative, for Summary Judgment as to Plaintiffs' Claims; or, in the Alternative, a Motion to Stay the Proceedings and Motion to Dismiss First Amended Complaint for Failure to Join a Necessary Party and Lack of Subject Matter

Case No. 3:09-CV-00192-JSW
[~~PROPOSED~~] ORDER GRANTING STIPULATED REQUEST FOR ORDER CONTINUING HEARING ON PENDING MOTIONS

1

1  Jurisdiction, currently scheduled for January 15, 2010 at 9:00 a.m., shall be continued to February

2  5, 2010 at 9:00 a.m.   If the parties receive a ruling from the state court prior to that date, they shall file it with the Court forthwith.

3      PURSUANT TO STIPULATION, IT IS SO ORDERED.

5  Dated: January 4, 2010        By: _____

6                                          Honorable Jeffrey S. White
                                        United States District Court Judge

Case No. 3:09-CV-00192-JSW
[PROPOSED] ORDER GRANTING STIPULATED REQUEST FOR ORDER CONTINUING
HEARING ON PENDING MOTIONS

2