IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MALCOLM COOMBS, et al.,

    Plaintiffs,

    v.

RICHARD M. MUNOZ, et al.,

    Defendants.
    _____/

No. C 09-00192 JSW

**ORDER CONTINUING HEARING**

    The Court has received the parties' joint status report and shall continue the hearing date set for February 4, 2010 to March 5, 2010. If the state court has not issued a ruling by that date, the hearing shall go forward without the benefit of that court's ruling. Again, if the parties are able to come to a mutual agreement to resolve the issue of the stock certificate prior to the next hearing date, they shall immediately inform the Court in writing and shall file a notice of dismissal of this action by that date.

    **IT IS SO ORDERED.**

Dated: February 2, 2010

                                            JEFFREY S. WHITE
                                            UNITED STATES DISTRICT JUDGE