IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MALCOLM COOMBS, et al.,

    Plaintiffs,

v.

RICHARD M. MUNOZ, et al.,

    Defendants.

_____/

No. 09-00192 JSW

**ORDER VACATING CASE MANAGEMENT CONFERENCE**

The Court has received and considered the parties' Joint Case Management Statement dated February 25, 2011. It is HEREBY ORDERED that the case management conference set for March 4, 2011 is VACATED.

**IT IS SO ORDERED.**

Dated: February 28, 2011

_____
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE