WILLIAM A. WINEBERG (SBN 54827)
BILL@WINEBERGLAW.COM
SUZANNE KLOTZ (SBN 104593)
S_KLOTZ@COMCAST.NET
150 POST STREET, SUITE 742
SAN FRANCISCO, CA 94108
TELEPHONE: (415) 434-1200
FACSIMILE: (415) 239-6624

BRYCE L. LETTERMAN (SBN 152801)
BRYCE@LETTERMANLAW.COM
4425 JAMBOREE ROAD #115
NEWPORT BEACH, CA 92660
TELEPHONE: (949) 261-9500
FACSIMILE: (949) 612-3802

ATTORNEYS FOR PLAINTIFFS,
MALCOLM COOMBS, JUDITH COOMBS JONES AND
BARTON COOMBS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| MALCOLM COOMBS, JUDITH COOMBS JONES, and BARTON COOMBS,<br><br>Plaintiffs,<br><br>v.<br><br>RICHARD M. MUNOZ, as executor of the will of Rogan Mal Coombs, deceased, and RICHARD M. MUNOZ, as an individual,<br><br>Defendants. | Case No. 3:09-CV-00192-JSW<br><br>**STIPULATION AND [PROPOSED] ORDER FOR LEAVE TO FILE SECOND AMENDED COMPLAINT**<br><br>Honorable Jeffrey S. White |
|---|---|

Plaintiffs seek leave to file a proposed second amended complaint in this action, in which they allege new claims and add new defendants, based on facts that have recently come to light in discovery in the related action entitled *Coombs Tree Farms, Inc. v. Richard M. Munoz, et al.*, presently pending in the Humboldt County Superior Court (Humboldt County Case No. DR090142). A copy of plaintiffs' proposed second amended complaint is attached hereto. Counsel for plaintiffs and defendants have met and conferred and hereby stipulate and agree that the Court may grant leave to plaintiffs to file their proposed second amended complaint forthwith. Counsel further stipulate and

1  agree that defendant Richard M. Munoz, as executor of the will of Rogan Mal Coombs, deceased,
2  and as an individual, shall have twenty-one (21) days after service of the second amended complaint
3  to file and serve his response and the newly added defendants shall have twenty-one (21) days after
4  service of the summons and second amended complaint to file and serve their responses.

6  Dated: February 28, 2011

WILLIAM A. WINEBERG
150 POST STREET, SUITE 742
SAN FRANCISCO, CA 94108
TELEPHONE: (415) 434-1200
FACSIMILE:  (415) 296-8552
bill@wineberglaw.com


By: /s/ William A. Wineberg
    William A. Wineberg

    Attorneys for Plaintiffs Malcolm
    Coombs, Judith Coombs Jones and
    Barton Coombs

Dated: February 28, 2011

FRANK R. UBHAUS
fru@berliner.com
CHRISTIAN E. PICONE
christian.picone@berliner.com
BERLINER COHEN
TEN ALMADEN BOULEVARD
ELEVENTH FLOOR
SAN JOSE, CA 95113-2233
TELEPHONE: (408) 286-5800
FACSIMILE:  (408) 998-5388


By: /s/ Frank R. Ubhaus
    Frank R. Ubhaus

    Attorneys for Defendants Richard M.
    Munoz, as executor of the will of
    Rogan Mal Coombs, deceased, and
    Richard M. Munoz, as an individual

STIPULATION AND [PROPOSED] ORDER FOR FILING OF SECOND AMENDED COMPLAINT
(Case No. 3:09-CV-00192-JSW)

2

| | |
|---|---|
| Dated: February 28, 2011 | I hereby attest that concurrence in the filing of the document has been obtained from each of the other signatories, which shall serve in lieu of their signatures on the document |
| | By: /s/ William A. Wineberg |
| | William A. Wineberg |
| | Attorneys for Plaintiffs Malcolm Coombs, Judith Coombs Jones and Barton Coombs |

STIPULATION AND [PROPOSED] ORDER FOR FILING OF SECOND AMENDED COMPLAINT
(Case No. 3:09-CV-00192-JSW)

3

1  **[PROPOSED] ORDER**

2  Pursuant to the stipulation of the parties, the Court hereby grants plaintiffs leave to file the
attached to Docket No. 82. P
3  proposed second amended complaint ~~attached hereto~~. Defendant Richard M. Munoz, as executor of

4  the will of Rogan Mal Coombs, deceased, and as an individual, shall have twenty-one (21) days after

5  service of the second amended complaint to file and serve his response and the newly added

6  defendants, Aalfs, Evans & Company, LLP, Scott H. Guild and Richard Daly, Inc., shall each have

7  twenty-one (21) days after service of the summons and second amended complaint to file and serve

8  their responses. **Plaintiffs shall efile a separate copy of the Second Amended Complaint by no later than March 2, 2011.**

10  IT IS SO ORDERED.

12  Dated: March 1, 2011        By: _____
                                     Honorable Jeffrey S. White
13                                   United States District Court Judge

STIPULATION AND [PROPOSED] ORDER FOR FILING OF SECOND AMENDED COMPLAINT
(Case No. 3:09-CV-00192-JSW)

4