MILLER-HAUSER LAW GROUP, LLP
JERRY R. HAUSER, SBN: 111568
Four Embarcadero Center, 39th Floor
San Francisco, California 94111
Telephone: (415) 954-5400
Facsimile: (415) 956-5494
E-mail: jhauser@millerhauser.com

Attorneys for Defendant,
RICHARD DALY, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MALCOLM COOMBS, JUDITH COOMBS JONES, and BARTON COOMBS,<br><br>Plaintiffs,<br><br>v.<br><br>RICHARD D. MUNOZ, et. al.<br><br>Defendants. | No. 3:09-CV-00192-JSW<br>ORDER ON<br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANTS RICHARD DALY, INC., AALFS, EVANS & COMPANY, LLP AND SCOTT H. GUILD TO RESPOND TO THE SECOND AMENDED COMPLAINT**<br><br>**Local Rule 6-1**<br><br>**Judge:** The Hon. Jeffrey S. White |

Defendants Richard Daly, Inc., Aalfs, Evans & Company, LLP, and Scott H. Guild were all served on March 3, 2011 with the Second Amended Complaint ("SAC") in this action and their response to the SAC is due on March 23, 2011. At this time all defendants anticipate filing a Rule 12(b) motion in response and more time is needed to prepare the motions. In addition Counsel for Defendant Richard Daly, Inc, Jerry R Hauser, will be out of the state on March 17, 2011 and will be returning to California on March 23, 2011.

The parties have agreed and stipulated to extend the time within which said Defendants must respond to the SAC by 15 days and the new response date shall be April 7, 2011. Further, the parties agree and stipulate that if any or all of the Defendants file a Rule 12(b) motion, all such motions will be heard at the same time and will not be calendared between May 13, 2011 and June 1, 2011 to

these Defendants.

DATE: March ___, 2011            MILLERHAUSER LAW GROUP, L.L.P.


By: _____
JERRY R. HAUSER attorney for
Defendant Richard Daly, Inc.,


DATE: March 14, 2011             MURPHY, PEARSON, BRADLEY & FEENEY

By: _____
VINCENT O'GARA attorney for
Defendants Aalfs, Evans & Company,
LLP, and Scott H. Guild


DATE: March ___, 2011            SONJA M. SONNENBURG
                                 SCRITTICAL, INC.


By: _____
SONJA M. SONNENBURG attorney for
Plaintiffs


## ORDER

Upon review of the stipulation of the Parties and good cause appearing;

IT IS HEREBY ORDERED that Defendants Richard Daly, Inc., Aalfs, Evans & Company, LLP, and Scott H. Guild time to respond to the complaint is extended until April 7, 2011.


Dated: _____

_____
The Honorable Jeffrey S. White
United States District Judge

accommodate Plaintiffs counsels' schedule. This is the first request for a continuance to respond by these Defendants.

DATE: March 14, 2011                MILLERHAUSER LAW GROUP, L.L.P.

By: _____
    JERRY R. HAUSER attorney for
    Defendant Richard Daly, Inc.,

DATE: March ___, 2011               MURPHY, PEARSON, BRADLEY & FEENEY

By: _____
    VINCENT O'GARA attorney for
    Defendants Aalfs, Evans & Company,
    LLP, and Scott H. Guild

DATE: March 14, 2011                SONJA M. SONNENBURG
                                    SCRITTICAL, INC.

By: _____
    SONJA M. SONNENBURG attorney for
    Plaintiffs

### ORDER

Upon review of the stipulation of the Parties and good cause appearing;

IT IS HEREBY ORDERED that Defendants Richard Daly, Inc., Aalfs, Evans & Company, LLP, and Scott H. Guild time to respond to the complaint is extended until April 7, 2011.

Dated: March 15, 2011

_____
The Honorable Jeffrey S. White
United States District Judge