IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MALCOLM COOMBS, et al.,

    Plaintiffs,

v.

RICHARD M. MUNOZ, et al.,

    Defendants.

_____/

No. 09-00192 JSW

**ORDER SETTING BRIEFING SCHEDULE**

On April 7, 2001, Defendants Richard Daly, Inc., Scott H. Guild, and Aalfs, Evans & Company filed motions to dismiss, which are noticed for hearing on June 24, 2011. It is HEREBY ORDERED that Plaintiffs' oppositions to the motions shall be due on April 29, 2011, and Defendants' replies shall be due on May 6, 2011. If any party seeks to modify this briefing schedule, they must submit a request to the Court demonstrating good cause for any such modification. If the Court finds the matters suitable for disposition without oral argument, it shall notify the parties in advance of the hearing date.

**IT IS SO ORDERED.**

Dated: April 12, 2011

                                                     JEFFREY S. WHITE
                                                   UNITED STATES DISTRICT JUDGE