WILLIAM A. WINEBERG (SBN 54827)
bill@wineberglaw.com
SUZANNE KLOTZ (SBN 104593)
S_klotz@comcast.net
150 Post Street, Suite 742
San Francisco, CA 94108
Telephone: (415) 434-1200
Facsimile: (415) 239-6624

BRYCE L. LETTERMAN (SBN 152801)
bryce@lettermanlaw.com
4425 Jamboree Road #115
Newport Beach, CA 92660
Telephone: (949) 261-9500
Facsimile: (949) 612-3802

SONJA M. SONNENBURG (SBN 213066)
sms@smsonnenburg.com
SCRITTICAL, INC.
580 California Street, Floor 12
San Francisco, CA 94104
Telephone: (415) 834-5030
Facsimile: (415) 354-3284

ATTORNEYS FOR PLAINTIFFS
MALCOLM COOMBS, JUDITH COOMBS JONES AND
BARTON COOMBS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| MALCOLM COOMBS, et al. | Case No. 3:09-CV-00192-JSW |
|---|---|
| Plaintiffs, | STIPULATION AND [PROPOSED] ORDER MODIFYING BRIEFING SCHEDULE |
| v. | |
| RICHARD M. MUNOZ, et al., | Honorable Jeffrey S. White |
| Defendants. | |

The motions to dismiss filed by defendants Richard Daly, Inc., Scott H. Guild, Aalfs, Evans & Company are noticed for hearing on June 24, 2011. By Order dated April 12, 2011, the Court set a briefing schedule, whereby the Plaintiffs' oppositions to the motions are due on April 29, 2011 and the Defendants' replies are due on May 6, 2011.

Due to the schedule of counsel, Plaintiffs Malcolm Coombs, Judith Coombs Jones and Barton Coombs, and Defendants Richard Daly, Inc., Scott H. Guild, Aalfs, Evans & Company, have agreed

STIPULATION AND [PROPOSED] ORDER MODIFYING BRIEFING SCHEDULE  1
(Case No. 3:09-CV-00192-JSW)

1  and stipulated to modify the briefing schedule related to the motions to dismiss. Specifically, the
2  parties have stipulated and agreed to modify the due date for the Plaintiffs' oppositions to June 3,
3  2011 (21 days before the hearing), and the due date for Defendants' replies to June 10, 2011 (14 days
4  before the hearing), per Local Rule 7-3(a) and (c).

6  DATE: April 13, 2011

MILLERHAUSER LAW GROUP, L.L.P.

By: _____
JERRY R. HAUSER attorney for
Defendant Richard Daly, Inc.,

10  DATE: April 13, 2011

MURPHY, PEARSON, BRADLEY & FEENEY

By: _____
VINCENT O'GARA attorney for
Defendants Aalfs, Evans & Company,
LLP, and Scott H. Guild

15  DATE: April 13, 2011

SONJA M. SONNENBURG
SCRITTICAL, INC.

By: _____
SONJA M. SONNENBURG attorney for
Plaintiffs

**ORDER**

Upon review of the stipulation of the Parties and good cause appearing; which is set forth in Plaintiffs' motion to continue (Docket 100)

IT IS HEREBY ORDERED that the briefing schedule related to the motions to dismiss of Richard Daly, Inc., Aalfs, Evans & Company, LLP, and Scott H. Guild time is modified as follows:

Plaintiffs' opposition due on June 3, 2011;

Defendants' replies due on June 10, 2011.

Dated: April 14, 2011

_____
The Honorable Jeffrey S. White
United States District Judge

**STIPULATION AND [PROPOSED] ORDER MODIFYING BRIEFING SCHEDULE**
(Case No. 3:09-CV-00192-JSW)

2